BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-00392-JAM |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| JAIME YSIDRO STURGIS, aka "Hollywood" | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and

defendant Jaime Ysidro Sturgis it is hereby ORDERED, ADJUDGED AND DECREED as follows:

　　　1.　　　Pursuant to 21 U.S.C. § 853(a), defendant Jaime Ysidro Sturgis' interest in the following

property shall be condemned and forfeited to the United States of America, to be disposed of according

to law:

　　　　　　a.　　　Approximately $10,940.00 of the $20,940.00 in U.S. Currency, plus all
　　　　　　accrued interest on the total amount seized.

　　　2.　　　The above-listed property constitutes or is derived from proceeds obtained, directly or

indirectly, as a result of violations of 21 U.S.C. §§ 846 and 841(a)(1).

　　　3.　　　Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize

the above-listed property.  The aforementioned property shall be seized and held by the U.S. Marshals

1

Preliminary Order of Forfeiture

1    Service, in its secure custody and control.

2        4.    a.    Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish

3    notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a

4    designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be

5    posted for at least 30 consecutive days on the official internet government forfeiture site

6    www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice

7    to any person known to have alleged an interest in the property that is the subject of the order of

8    forfeiture as a substitute for published notice as to those persons so notified.

9        b.    This notice shall state that any person, other than the defendant, asserting a legal

10   interest in the above-listed property, must file a petition with the Court within sixty (60) days from the

11   first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or

12   within thirty (30) days from the receipt of direct written notice, whichever is earlier.

13       5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court

14   will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be

15   addressed.

16       6.    Within sixty (60) days from entry of a Final Order of Forfeiture forfeiting the above-listed

17   property, the U.S. Marshals Service shall return $10,000.00 of the $20,940.00 in U.S. Currency to

18   defendant Jaime Ysidro Sturgis through attorney Philip Cozens.

19       SO ORDERED this 21st day of July, 2014.

20

21

22                        /s/ John A. Mendez_____
                         JOHN A. MENDEZ
23                        United States District Court Judge

24

25

26

27

28

2

Preliminary Order of Forfeiture