| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, Bar #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-cr-392 JAM |
| | ) | |
| Plaintiff, | ) | **NOTICE OF NON-SUPPLEMENTATION** |
| | ) | **OF DEFENDANT'S PRO SE MOTION;** |
| v. | ) | **ORDER** |
| | ) | |
| JAIME YSIDRO STURGIS, | ) | RETROACTIVE DRUGS-MINUS-TWO |
| | ) | REDUCTION CASE |
| Defendant. | ) | |
| | ) | Judge: Hon. JOHN A. MENDEZ |

Pursuant to General Order 546, the Federal Defender's Office is appointed to represent Mr. Jaime Ysidro Sturgis on a motion for sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 782. Please take notice that the Office of the Federal Defender will not file a supplement to the defendant's pro se motion, filed on February 28, 2017 (CR #327), and the Federal Defender's Office hereby requests withdrawal as counsel in this matter.

If the Court wishes to appoint CJA Panel Counsel to represent the defendant, attorney, Erin Radekin, is available for appointment and a proposed order is attached for the Court.

Dated: May 18, 2017

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

# **ORDER**

Pursuant to General Order No. 546 and the provisions of the Criminal Justice Act, 18 U.S.C. §§3006A(a)(1) and (c), and in accordance with the retroactive application of the United States Sentencing Commission's Amendment 782, CJA Panel Attorney, Erin Radekin, is hereby appointed effective, May 18, 2017 the date the Office of the Federal Defender first contacted her.

Dated: May 18, 2017

/s/ John A. Mendez\
HON. JOHN A. MENDEZ\
United States District Court Judge

Notice Regarding Non-supplementation

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

On May 18, 2017, she caused to be served a copy of the attached NOTICE OF NON-SUPPLEMENTATION OF DEFENDANT'S PRO SE MOTION by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States mail at Sacramento, California as follows:

Jaime Ysidro Sturgis
Register No. 69447-097
Allenwood Medium FCI
Post Office Box 2000
White Deer, PA 17887

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of May, 2017.

／s/ Lisa M. Kennison
Lisa M. Kennison