UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:12-cr-00392-KJM-2 |
| Plaintiff-Respondent, | ORDER |
| v. | |
| Jaime Ysidro Sturgis, | |
| Defendant-Petitioner. | |

Jaime Ysidro Sturgis filed a *pro se* motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) based on guideline amendment 782 to the United States Sentencing Guidelines. Mot. at 1, ECF No. 327. The Federal Defender declined to supplement Mr. Sturgis's motion, *see* Notice of Non-Suppl., ECF No. 329, and so the court appointed CJA Panel Attorney Erin J. Radekin, *see* Order, ECF No. 330, who also filed a notice of non-supplementation, *see* Notice of Non-Suppl., ECF No. 336. This case was recently randomly reassigned to the undersigned. Clerk's Notice, ECF No. 343.

Mr. Sturgis was sentenced to a term of 235 months in May 2015. J. & Sent. Tr. at 10:4–5, ECF No. 335. This sentence was based on the 2014 Guidelines Manual, which incorporated guideline amendment 782. *See* Presentence Investigation Rep. at 10, ECF No. 304; *United States v. Viengkham*, No. 11-0052, 2015 WL 273314, at *1 (E.D. Cal. Jan. 21, 2015) ("Amendment 782, which revised the Drug Quantity Table in U.S.S.G. § 2D1.1 and reduced by two levels the offense

1

1  level applicable to many drug offenses, became effective on November 1, 2014.  Moreover, the
2  Sentencing Commission voted to make Amendment 782 retroactively applicable to previously-
3  sentenced defendants.").  In other words, Mr. Sturgis's sentence already accounts for amendment
4  782's two-level offense reduction.  He is not eligible for a further reduction based on that
5  guideline amendment.  **The court denies Mr. Sturgis's motion.**
6      This order resolves ECF No. 327.
7      IT IS SO ORDERED.
8  DATED: October 23, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE